NDFL Prob 35A  
(6/03)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
for the  
Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                   Crim. No. 3:04mj283

JOSEPH A. BARTOK

On January 25, 2005, the above named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Joseph A. Bartok be discharged from Probation.

Respectfully submitted,

_Russell A. Szafran_  
Russell A. Szafran  
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated. It is further recommended that the driver's license suspension of one year be reduced to a period of six months.

Date this __1ST__ day of __August__, 20__05__.

_Miles Davis_  
Miles Davis  
United States Magistrate Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
PENSACOLA, FLA.

Certified Copy to Defendant  
05 AUG -2 PM 2: 40

FILED

cc: CVB, DMV, USPO